IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTHWIND ENERGY GULF COAST. LLC | § § § § | CASE NO.   16-35227-H4-7 |
| DEBTOR(S). | § | CHAPTER 7 |

### NOTICE OF RESET OF §341 MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE the meeting of creditors has been reset to ***DECEMBER 21, 2016, at 9:30 a.m.*** at the United States Bankruptcy Court, 515 Rusk Ave., Suite 3401, Houston, Texas 77002.

Respectfully submitted,

By: */s/ Ronald J. Sommers*
Ronald J. Sommers
Texas Bar No. 18842500
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056
(713) 960-0303 – Phone
(713) 892-4800 – Fax

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2016, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing was served upon all parties listed on the attached Service List by no later than the next day after the filing of the foregoing in accordance with Bankruptcy Local Rule 9013-1(f).

*/s/ Ronald J. Sommers*
RONALD J. SOMMERS

```
Label Matrix for local noticing          Harris County                              Northwind Gulf Coast, LLC
0541-4                                   c/o Tara L. Grundemeier                    1811 Bering Drive
Case 16-35227                            Post Office Box 3064                       Suite 400
Southern District of Texas               Houston, TX 77253-3064                     Houston, TX 77057-3186
Houston
Wed Nov 30 17:31:31 CST 2016

4                                        Abrams & Bayliss LLP                       Crown Oilfield Const. & Marine
United States Bankruptcy Court           20 Montchanin Road, Ste. 200               899 Rees Street
PO Box 61010                             Wilmington, DE 19807-2174                  Breaux Bridge, LA 70517-4511
Houston, TX 77208-1010


Deane Pierce                             Harris County et al.                       Hector Sulaiman
c/o David M. Stiles, III                 c/o John P. Dillman                        Campos Eliseos 400 - 701
3411 Richmond Ave., #400                 Linebarger Goggan Blair & Sampson LLP      Col. Lomas de Chapultepec
Houston, TX 77046-3408                   P.O. Box 3064                              CP 11000, Mexico D.F.8
                                         Houston, Tx. 77253-3064


John D. Androshok, Esq.                  Robert S. Saunders, Esq.                   US Trustee
Breazeale, Sachse & Wilson, LLP          Scaddden Arps, Slate, Meagher & Flom LLP   Office of the US Trustee
One American Place, 3rd Floor            920 North King St., 7th Floor              515 Rusk Ave
PO Box 3197                              PO Box 636                                 Ste 3516
Baton Rouge, LA 70821-3197               Wilmington, DE 19899-0636                  Houston, TX 77002-2604


World Energy Ventures LLC                Richard L Fuqua II                         Ronald J Sommers
Hector Sulaiman                          Fuqua & Associates, PC                     Nathan Sommers Jacobs
Campos Eliseos 400 - 701                 5005 Riverway                              2800 Post Oak Blvd
Col. Lomas de Chapultepec                Ste. 250                                   61st Floor
CP 11000, Mexico D.F.8                   Houston, TX 77056-2131                     Houston, TX 77056-6131


End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```